In the Matter of the Application for an Order of Substitution of LOUIS NAPOLITANO, as Attorney for the Plaintiff. (DI BELLIS V. RUGGIERO and Others.) MARIA PUZZIO DI BELLIS, Appellant; LOUIS NAPOLITANO, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ROSE CORIGLIANO, Respondent, v. JOHN CORIGLIANO, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BESSIE SMITH, Respondent, v. THE SID KLEIN CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of R. CHEYNE STOUT, Petitioner, Appellant, for an Order under Article 78, Civil Practice Act, against ROBERT MOSES, Commissioner of Parks, and Another, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted to the extent of directing a trial by the court and a jury of the issues of the substantiality of the charges and the *bona fides* of the action taken thereon. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HELEN BUSH RIDDER, Appellant, v. BERNARD H. RIDDER, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

RUDOLPH PERUTZ and HELENE WEISS, Appellants, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent, impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ABRAHAM GIVATOWSKY, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondent, The National City Bank of New York, with leave to the plaintiff to renew the application to suppress the deposition at the commencement of the trial if the cross-interrogatories are not answered and the complete deposition returned before such time. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of HOWARD C. HIRSCH and Others, Appellants, for an Order Staying the Trial and All Proceedings, etc., in an Action Instituted in the City Court of the City of New York, County of New York, against Petitioners by BLANCHE A. SMITH, Respondent.— Order, so far as appealed from, directing a trial of the alleged issue of fact as to whether a contract requiring arbitration was made, reversed, with twenty dollars costs and disbursements, and motion of petitioners to stay the trial of the action instituted by Blanche A. Smith against them in the City Court of the City of New York granted. Upon the affidavits and exhibits, it appears that a valid contract requiring arbitration exists between the parties. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.